4:04-CV-0189 DFH - WGH

I. Complaint brought pursuant to 42 U.S.C. § 1983 or pursuant to the *Bivens* case

Mabrin, Davey MARK Johnson
Full name(s)

70393-005 73472-000
Prisoner or registration number

C/O 501 e, Court ave
Street address or postal box number

Jeffersonville, Ind
City, State and zip code

FILED
SEP 02 2004
US DISTRICT COURT
NEW ALBANY DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. ______________________
(To be supplied by the Court)

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION
SEP 02 2004
LAURA A. BRIGGS

Mark Johnson
Mabrin, Davey Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

Mike, Becher
Sam, Beard
______________________ Defendant(s).
Full name(s) (Do not use *et al.*)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.

Executed at Clark Co Jail on 9-1-04.
(location) (date)

Mark Johnson
Mabrin Davey
Prisoner's Original Signature